# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>        v.<br><br>DENNIS JHU,<br>    Defendant. | CV 19-9868 DSF<br>CR 17-382 DSF<br><br>Order DENYING Motion to Vacate, Set Aside, or Correct Sentence |

    The Judgment and Commitment Order was entered in Defendant's criminal case on November 27, 2017. No appeal was filed. This motion under 28 U.S.C. § 2255 was filed on November 18, 2019. Section 2255 motions must be filed within one year of the date on which the judgment of conviction becomes final. 28 U.S.C. § 2255(f)(1).[1] Because the § 2255 motion was filed more than one year after the judgment of conviction it is DENIED as untimely.

    IT IS SO ORDERED.

Date: March 18, 2020

                                              Dale S. Fischer
                                              United States District Judge

---

[1] The motion does not involve facts or arguments that could invoke the later accrual dates set out in § 2255(f)(2)-(4).